JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Yi ZHENG,<br><br>                                    Petitioner,<br><br>v.<br><br>MARIN, et al.,<br><br>                                    Respondents. | Case No.: 5:26-cv-00519-ACCV<br><br>~~[PROPOSED]~~ **JUDGMENT** |

Having considered the parties' Stipulation for Entry of Judgment Granting Petition for Writ of Habeas Corpus (Dkt. No. 14), and for the reasons stated in the Court's Order Granting Preliminary Injunction (Dkt. No. 11) and Order Granting TRO (Dkt. No. 5), the Court **ORDERS**:

1.      Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **GRANTED**.

2.      Respondents, their officers, agents, employees, and attorneys, and all persons in active concert or participation with them, are **ENJOINED** from re-detaining Petitioner absent compliance with Respondents' own regulations, including but not limited to 8 C.F.R. § 241.13.

1

3.    This Judgment is without prejudice to Respondents' right to assert on appeal their existing documented arguments opposing the granting of habeas relief on the terms provided in Dkt. No. 11.

4.    This resolves all claims and is a final order under Fed. R. Civ. P. 54.

It is **SO ORDERED.**

DATED: June __17__, 2026

_____
Hon. Angela C. C. Viramontes
United States Magistrate Judge

5:26-cv-00519-ODW-ACCV
[PROPOSED] JUDGMENT